[No. 33061-0-II.   Division Two.   October 3, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE MICHAEL RAY, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 04-1-01263-3, Russell W. Hartman, J., entered March 25, 2005. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall and Penoyar, JJ.

[No. 33148-9-II.   Division Two.   October 3, 2006.]

*In the Matter of the Marriage of* CHRISTINA MARTHA SISK, *Respondent*, and JENNIE MARIE SISK, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-3-00552-2, Kathryn J. Nelson, J., entered March 4, 2005. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Penoyar, JJ.

[No. 33404-6-II.   Division Two.   October 3, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMMY CHRISTOPHER CASOS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-03516-5, Vicki L. Hogan, J., entered June 10, 2005. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Penoyar, JJ.

[No. 33527-1-II.   Division Two.   October 3, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. MURRAY M. EDWARDS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-05452-6, Ronald E. Culpepper, J., entered July 1, 2005. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall and Penoyar, JJ.